IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:10-CV-190-D

PATRICIA TOLER, )
)
        Plaintiff, )
)
v. ) **ORDER**
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
        Defendant. )

On March 21, 2012, the court heard oral argument on the cross motions for judgment on the pleadings. At the end of the hearing, the court announced its decision. The transcript is incorporated herein by reference. As explained in open court, defendant's motion for judgment on the pleadings [D.E. 24] is GRANTED, plaintiff's motion for judgment on the pleadings [D.E. 22] is DENIED, and defendant's final decision is AFFIRMED. The clerk shall close the case.

SO ORDERED. This 21 day of March 2012.

JAMES C. DEVER III
Chief United States District Judge